UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAS FORWARDING (USA), INC.<br>575 Sullivan Road, Suite A<br>Atlanta, Georgia 30349,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF<br>HOMELAND SECURITY,<br>BUREAU OF CUSTOMS AND<br>BORDER PROTECTION,<br>1300 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20229,<br><br>    Defendant. | Case No.:<br><br><br><br><br><br><br><br><br>CIVIL COMPLAINT |

### CIVIL COMPLAINT

JAS Forwarding (USA), Inc. ("Plaintiff"), by its undersigned counsel, states as and for its complaint against Department of Homeland Security, Bureau of Customs and Border Protection ("Defendant"), as follows:

### JURISDICTION

The jurisdiction of this court is founded on the fact that this is an action predicated on the Freedom of Information Act, and jurisdiction is specifically provided for under 5 U.S.C. § 552 (a)(4)(B).

### VENUE

Venue in the District of Columbia is specifically provided for under 5 U.S.C. § 552 (a)(4)(B).

## PARTIES

Plaintiff is a corporation, organized under and existing pursuant to the law of the State of Washington, with its principal place of business at 575 Sullivan Road, Suite A, Atlanta, Georgia 30349. Defendant is an agency of the United States Government.

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to compel the production of records concerning correspondence from the office of the United States Customs attache' in Paris, France addressed to officers or officials of French or European Customs Services regarding exportation of jeans (i.e., denim trousers commonly known, whatever their color, as "blue jeans") which were or might have been misdescribed or undervalued by the U.S. exporters and/or the French importers of same. The requested documents are described in more detail in the letter dated January 12, 2005, attached hereto as exhibit 1.

2. Defendant has possession of and control over the records that Plaintiff seeks.

3. By letter dated January 12, 2005, Plaintiff requested a copy of all documents relating to the misdescription or undervaluation of blue jeans exported from the United States and imported into France or any other European country, sent by the U.S. Customs attache' in Paris, France, to officers or officials of French or European Customs Services.

4. Plaintiff's attorneys have had several conversations with the officers of Defendant who are responsible for producing the requested documents, and these individuals have verbally acknowledged receipt of the January 12, 2005 letter (Exhibit 1). Further, the copy of this letter attached hereto as Exhibit 1 shows that it was receipted for by the Bureau of Customs and Border Protection on January 13, 2005.

5.	Plaintiff has not received any of the requested documents nor has it received written acknowledgement of its request.

6.	Plaintiff has a statutory right to the records that it seeks, and there is no legal basis for Defendant's refusal to disclose them.

**WHEREFORE**, Plaintiff requests that this court:

1)	Declare that the Defendant's refusal refusal to disclose the records requested by Plaintiff is unlawful.

2)	Order Defendant to make the requested records available to Plaintiff.

3)	Award Plaintiff its costs and reasonable attorneys' fees in this action as provided U.S.C. § 552 (a)(4)(E); and

4)	Grant such other and further relief as this Court may deem just and proper.

Respectfully submitted,

By: _____

Carlos Rodriguez, Esq. (DC Bar No.: 412914)
Thomas J. O'Donnell, Esq. (DC Bar No.: 935692)
**Rodriguez O'Donnell Ross Fuerst
Gonzalez Williams & England, P.C.**
1211 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
Tel) 212-293-3300
Fax) 202-293-3307

Attorneys for Plaintiff JAS FORWARDING (USA), INC.

**Exhibit A**

Case 1:05-cv-01037-EGS    Document 1    Filed 05/23/2005    Page 4 of 9

JAN. 13 2005

**RODRIGUEZ O'DONNELL ROSS FUERST**
**GONZALEZ WILLIAMS & ENGLAND, P.C.**

ATTORNEYS & COUNSELLORS AT LAW

CHICAGO • WASHINGTON • MIAMI • LOS ANGELES • NEW YORK

MICHAEL A. JOHNSON, *Counsel*

Attorney-at-Law
Admitted Illinois & New York

Email: mjohnson@chicago.rofgw.com

PLEASE REPLY TO:

8430 WEST BRYN MAWR AVENUE
SUITE 525
CHICAGO, ILLINOIS 60631
TELEPHONE 773-314-5000
FACSIMILE 773-314-1719

1211 CONNECTICUT AVE, N.W.
WASHINGTON, D.C. 20036
TELEPHONE 202-293-3300
FACSIMILE 202-293-3307

1200 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE: 305-350-5690
FACSIMILE 305-371-8989

5777 W. CENTURY BLVD.
LOS ANGELOS, CA 90045
TELEPHONE: 310-410-4414
FACSIMILE: 310-410-1017

BY APPOINTMENT ONLY:
45 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10111
TELEPHONE 212-332-8136
FACSIMILE 212-332-3401



January 12, 2005

Freedom of Information Act Request
Headquarters - U.S. Customs
U.S. Customs & Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20229

      Re: Request for Information
         Under 19 C.F.R. 103.5

Ladies and Gentlemen:

  Pursuant to the Freedom of Information Act, as amended (5 U.S.C. 552) and specifically pursuant to 19 C.F.R. 103.5, we hereby request that copies of the records hereinafter described and/or any determination made with regard to this request be mailed to the undersigned at RODRIGUEZ O'DONNELL ROSS FUERST, 8430 West Bryn Mawr Avenue, Suite 525, Chicago, IL 60631. The undersigned and the law firm of Rodriguez, O'Donnell et al., as above, firmly agree to pay the fees for search and identification and forwarding of said records without preliminary inspection.

  The specific records requested are as follows:

1. Any and all correspondence or other communication, redacted if necessary to protect sources or other confidential information, from January 1, 1992, through December 31, 2000, from the office of the United States Customs attaché at Paris, France, addressed to officers or officials of French or European Customs Services concerning:

   a. the exportation or potential exportation from the United States and the importation or potential importation into France or other European countries of jeans (i.e., denim trousers commonly known, whatever their color, as "blue jeans") which have or might be misdescribed or undervalued by the exporters and/or importers of the same.

Freedom of Information Act Request  
U.S. Customs & Border Protection

January 12, 2005  
Page 2

    b. Specifically, but without limitation of the foregoing, any and all correspondence or communication relating specifically to the potential identification on invoices, shipping documents, export or import documents of authentic Levi$^R$ or other U.S. brand-name jeans as of second quality or inauthentic and of lesser value, when in fact they were authentic, and such identification might or was intended to result in undervaluation of the merchandise when exported from the United States or imported into any European country.

    c. Most specifically, but without limitation of the foregoing, correspondence or communications, redacted as necessary, to French or other European Customs authorities as alluded to in the attached redacted letter (marked Exhibit 1) from the office of the U.S. Customs attaché at Paris, France, to Belgian Customs authorities under date of November 8, 1994, which states (p. 1): "Similar false invoicing and undervaluation has been noted in shipments from the United States to Germany, France, Luxembourg and Ireland" and which further states (p. 3): "Because U.S. Customs is working on investigations of undervaluation and false invoicing of Levis jeans with other European Customs Services and because the above cited European importers have entered and cleared undervalued jeans in several countries, I thought this information would be of interest to you."

2    Any and all correspondence or other communications, redacted as necessary, between Headquarters, Unnited States Customs Service, and the office of the Customs attaché at Paris, France, from January 1, 1992 through December 31, 2000, relating to the investigation of false invoicing or undervaluation of jeans exported from the United States to France or to any other European country.

3    A listing of any and all penalty cases commenced by United States Customs against any exporter located in the United States and/or any company no matter where organized related or affiliated with any such company, against any U.S. licensed customshouse broker or any European subsidiary, affiliate or other company related to such broker and involving the false invoicing or undervaluation of jeans exported from the United States or imported into the United States.

4    A listing, if such exists, of any and all cases for payment of duties or penalties instituted by French or other European Customs authorities against importers and/or customshouse brokers involving the false invoicing or undervaluation of jeans exported from the United States.

| | |
|---|---|
| Freedom of Information Act Request | January 12, 2005 |
| U.S. Customs & Border Protection | Page 3 |

We thank you very much for your courteous attention and request that you telephone the undersigned at 773-314-5003 for any discussion of this request which may be necessary in order to clarify the records requested.

Yours truly,

Michael A. Johnson

RODRIGUEZ, O'DONNELL, ROSS, FUERST,
GONZALEZ, WILLIAMS & ENGLAND



DEPARTMENT OF THE TREASURY

U.S. CUSTOMS SERVICE

Bijlage 2
LWT

November 8, 1994

Mr. ▓▓▓▓▓▓▓▓
Director
Douane Informatie Centrum
Parallelweg 2
Postbus 1005
3130 EE Vlaardingen

Dear ▓▓▓▓▓▓▓▓,

Recently the United States Customs Service developed information concerning Levis 501 jeans which were exported from the United States to several European countries. These jeans have been falsely invoiced and substantially undervalued. The Office of the U. S. Customs Attache in Paris has conducted several related investigations in which shipments of these jeans were described as, "Second quality choice, irregular pants, 100% cotton, Made in USA." In two of these cases, for example, a total of 2500 dozen pairs of jeans were entered at Zaventum Airport, Brussels, at a value of US $ 6.50 per pair, when they were, in fact, first quality Levis 501 jeans valued at US$ 18.00 per pair. Similar false invoicing and undervaluation has been noted in shipments from the United States to Germany, France, Luxembourg and Ireland.

The following companies have been identified as U.S. companies which have exported the undervalued jeans:



1. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Douane Informatie Centrum
1 0 NOV 1994

-3-

3. [redacted]

4. [redacted]

5. [redacted]

6. [redacted]

Because U.S. Customs is working on investigations of undervaluation and false invoicing of Levis jeans with other European Customs Services and because the above cited European importers have entered and cleared undervalued jeans in several counties, I thought that this information would be of interest to you. If Dutch Customs officers find shipments Levis jeans which they suspect to be undervalued and falsely invoiced, my office stands ready to assist them in any investigation.

Sincerely,

[signature]