CO-386-online
10/03

# United States District Court
# For the District of Columbia

JAS FORWARDING (USA), INC.　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff　　　)
　　　　　vs　　　　　　　　　　　)　　Civil Action No._____
　　　　　　　　　　　　　　　　　)
DEPARTMENT OF HOMELAND　　　)
SECURITY, BUREAU OF CUSTOMS AND )
BORDER PROTECTION　　　　　　　)
　　　　　　　　　　Defendant　　　)

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __JAS FORWARDING (USA), INC.__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __JAS FORWARDING (USA), INC.__ which have

any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

935692
_____
BAR IDENTIFICATION NO.

Carlos Rodriguez, Esq.
_____
Print Name

1211 Connecticut Ave., NW, Suite 800
_____
Address

Washington, DC 20036
_____
City　　　　State　　　Zip Code

(202) 973-2999
_____
Phone Number