UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAS FORWARDING (USA), INC.,<br>575 Sullivan Road, Suite A<br>Atlanta, Georgia 30349<br><br>              **Plaintiff,**<br><br>   v.<br><br>DEPARTMENT OF HOMELAND<br>   SECURITY,<br>Bureau of Customs and Border<br>   Protection<br>1300 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20229<br><br>             **Defendant.** | Civil Action No. 05-1037 (EGS)<br>Electronic Case Filing |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Peter D. Blumberg** as counsel for the Defendant in the above-captioned case.

                                                 Respectfully submitted,

                                                 /s/
                                               PETER D. BLUMBERG, D.C. Bar #463247
                                               Assistant United States Attorney
                                               United States Attorney's Office
                                               Judiciary Center Building
                                               555 4th Street, N.W.
                                               Washington, D.C. 20530
                                               (202) 514-7157

                                               Dated: July 18, 2005

                                               Annette L. Dennis
                                               Paralegal Assistant