UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAS FORWARDING (USA), INC., | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1037 (EGS) |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant Department of Homeland Security seeks a two week extension of time within which to answer, move, or otherwise respond to the Complaint in this matter, through August 5, 2005  Good cause exists to grant this motion:

   1. Plaintiff JAS Forwarding served defendants on June 22, 2005.  As this is a matter arising under the Freedom of Information Act, 5 U.S.C. § 552, defendant's answer, motion, or other response is presently due on July 22, 2005.

   2.  The parties have been in contact, and are currently exploring a potential resolution of this matter that might obviate the need for any judicial involvement.  Additional time, however, is needed to see if such a resolution may be reached.

   3.  Defendant therefore requests an enlargement of two weeks within which to answer, move or otherwise respond to the Complaint, through and including August, 5, 2005.  This should provide sufficient time to see if this matter may be resolved between the parties, and, if not, to file an appropriate motion to govern further proceedings in this matter.

   4.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any

other in-court matters.

5. This is the first enlargement of time sought in this matter.

6. Plaintiff's counsel has graciously given his consent to this Motion.

For these reasons, defendants request that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

Respectfully Submitted,

_____/s/_____
KENNETH L. WAINSTEIN [451058]
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE [171538]
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG [463247]
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W,
Washington, D.C.  20530
(202) 514-7157

Dated: July 21, 2005