UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAS FORWARDING (USA), INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1037 (EGS) |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SECOND CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant Department of Homeland Security seeks a two week extension of time within which to answer, move, or otherwise respond to the Complaint in this matter, through August 19, 2005. Good cause exists to grant this motion:

1. Defendant's answer, motion, or other response is presently due on August 5, 2005.

2. The parties are currently exploring a potential resolution of this matter that might obviate the need for any judicial involvement. Additional time, however, is needed to see if such a resolution may be reached.

3. Defendant therefore requests an enlargement of two weeks within which to answer, move or otherwise respond to the Complaint, through and including August 19, 2005. This should provide sufficient time to determine if the proposed non-judicial resolution can be accomplished, and, if not, to file an appropriate motion to govern further proceedings in this matter.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the second enlargement of time sought in this matter.

6. Plaintiff's counsel has graciously given his consent to this Motion.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

                                        Respectfully Submitted,

                                        _____/s/_____
                                        KENNETH L. WAINSTEIN [451058]
                                        United States Attorney

                                        _____/s/_____
                                        R. CRAIG LAWRENCE [171538]
                                        Assistant United States Attorney

                                        _____/s/_____
                                        PETER D. BLUMBERG [463247]
                                        Assistant United States Attorney
                                        Judiciary Center Building
                                        555 Fourth Street, N.W,
                                        Washington, D.C.  20530
                                        (202) 514-7157

Dated: August 4, 2005