UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAS FORWARDING (USA), INC.,   )
             **Plaintiff,**   )
               )
     v.   )   Civil Action No. 05-1037 (EGS)
               )
DEPARTMENT OF HOMELAND   )
  SECURITY,   )
               )
             **Defendant.**   )

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant Department of Homeland Security seeks a two week extension of time within which to answer, move, or otherwise respond to the Complaint in this matter, through September 2, 2005. Good cause exists to grant this motion:

1. This is a Freedom of Information Act ("FOIA") matter in which defendant's answer, motion, or other response is presently due on August 19, 2005.

2. The parties have been exploring a potential resolution of this matter without judicial involvement. These efforts have continued throughout the period since the last extension request. While no resolution has been reached to date, the parties want some additional time to explore further possibilities for resolving this matter short of full litigation on plaintiff's FOIA request.

3. Defendant therefore requests an enlargement of two weeks within which to answer, move or otherwise respond to the Complaint, through and including September 2, 2005. This should provide sufficient time to determine if the proposed non-judicial resolution is still possible, and, if not, to file an appropriate motion to govern further proceedings in this matter.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any

other in-court matters.

5. This is the third enlargement of time sought in this matter.

6. Plaintiff's counsel has graciously given his consent to this Motion.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

Respectfully Submitted,

_____/s/_____
KENNETH L. WAINSTEIN [451058]
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE [171538]
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG [463247]
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W,
Washington, D.C. 20530
(202) 514-7157

Dated: August 19, 2005