UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAS FORWARDING (USA), INC., )<br>  )<br>            **Plaintiff**,   )<br>  )<br>    v.   )<br>  )<br>DEPARTMENT OF HOMELAND   )<br>  SECURITY,   )<br>  )<br>            **Defendant**.   ) | Civil Action No. 05-1037 (EGS) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant Department of Homeland Security seeks a three week extension of time within which to answer, move, or otherwise respond to the Complaint in this matter, through September 23, 2005. Good cause exists to grant this motion:

1. This is a Freedom of Information Act ("FOIA") matter in which defendant's answer, motion, or other response is presently due on September 2, 2005.

2. As represented in the prior Motions for Extension of Time filed with this Court, the parties have been exploring a potential resolution of this matter without judicial involvement. These efforts have continued throughout the period since the last extension request. While no resolution has been reached to date, the parties have conferred, and believe that additional time to pursue a non-judicial resolution would be worthwhile.

3. Defendant therefore requests an enlargement of three weeks within which to answer, move or otherwise respond to the Complaint, through and including September 23, 2005. This should provide sufficient time to determine if the proposed non-judicial resolution is still possible, and, if not, to file an appropriate motion to govern further proceedings in this matter.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the fourth enlargement of time sought in this matter.

6. Plaintiff's counsel has graciously given his consent to this Motion.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

Respectfully Submitted,

_____/s/_____
KENNETH L. WAINSTEIN [451058]
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE [171538]
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG [463247]
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W,
Washington, D.C.  20530
(202) 514-7157

Dated: Sept. 2, 2005