UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAS FORWARDING (USA), INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>  SECURITY, )<br>)<br>Defendant. ) | Civil Action No. 05-1037 (EGS) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant Department of Homeland Security seeks a two week extension of time within which to answer, move, or otherwise respond to the Complaint in this matter, through October 28, 2005. Good cause exists to grant this motion:

1. This is a Freedom of Information Act ("FOIA") matter in which defendant's answer, motion, or other response is presently due on October 14, 2005.

2. As represented in the prior Motions for Extension of Time filed with this Court, the parties have been exploring a potential resolution of this matter without judicial involvement. These efforts have continued throughout the period since the last extension request. Defendant now expects to have a release of records to plaintiffs by next week, which it is hoped will resolve this litigation. Even if the litigation is not resolved, the release may help to narrow or clarify the issues.

3. Defendant therefore requests an enlargement of two weeks within which to answer, move or otherwise respond to the Complaint, through and including October 28, 2005. This should provide sufficient time for the release and thereafter to determine if a non-judicial resolution is still possible, and, if not, to file an appropriate motion to govern further proceedings in this matter.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. Plaintiff's counsel has graciously given his consent to this Motion.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

                                    Respectfully Submitted,

                                    _____/s/_____
                                    KENNETH L. WAINSTEIN [451058]
                                    United States Attorney

                                    _____/s/_____
                                    R. CRAIG LAWRENCE [171538]
                                    Assistant United States Attorney

                                    _____/s/_____
                                    PETER D. BLUMBERG [463247]
                                    Assistant United States Attorney
                                    Judiciary Center Building
                                    555 Fourth Street, N.W,
                                    Washington, D.C. 20530
                                    (202) 514-7157

Dated: Oct. 14, 2005