UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAS FORWARDING (USA), INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1037 (EGS) |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant Department of Homeland Security seeks a two week extension of time within which to answer, move, or otherwise respond to the Complaint in this matter, through November 15, 2005.  Good cause exists to grant this motion:

1. This is a Freedom of Information Act ("FOIA") matter in which defendant's answer, motion, or other response is presently due on October 28, 2005.

2. Defendant has, this week, produced records to plaintiff, which plaintiff is in the process of reviewing.

3. Defendant therefore requests an enlargement of two weeks within which to answer, move or otherwise respond to the Complaint, through and including November 15, 2005.  This should provide sufficient time for plaintiff to complete the review and for the parties to determine if there is any further controversy.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. Plaintiff's counsel has graciously given his consent to this Motion.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

                                Respectfully Submitted,

                                _____/s/_____
                                KENNETH L. WAINSTEIN [451058]
                                United States Attorney

                                _____/s/_____
                                R. CRAIG LAWRENCE [171538]
                                Assistant United States Attorney

                                _____/s/_____
                                PETER D. BLUMBERG [463247]
                                Assistant United States Attorney
                                Judiciary Center Building
                                555 Fourth Street, N.W,
                                Washington, D.C.  20530
                                (202) 514-7157

Dated: Oct. 27, 2005