UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAS FORWARDING (USA), INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1037 (EGS) |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S CONSENT MOTION FOR AN OUT-OF-TIME ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant Department of Homeland Security seeks a three week extension of time within which to answer, move, or otherwise respond to the Complaint in this matter, through December 6, 2005. Good cause exists to grant this motion:

1. This is a Freedom of Information Act ("FOIA") matter defendant's answer, motion, or other response under the current scheduling order was due on November 15, 2005.

2. By oversight, defendant's counsel did not submit a motion to extend time in advance of the response deadline. As soon as defendant's counsel realized the error, he immediately contacted plaintiff's counsel under Rule 7(m) to obtain his position on the relief requested in order to get this motion to the Court as quickly as possible. Plaintiff's counsel has graciously agreed to both the extension request, and raised no objection to the fact that the motion is being filed out-of-time.

3. As this Court is aware, the parties in this case have been actively pursuing trying to resolve this matter without judicial involvement, and have described those efforts in prior motions filed with the Court. As explained in the last motion filed with the court, defendant did do a release to plaintiff, and plaintiff has since reviewed those records. Plaintiff has subsequently posed further questions

about additional records with the agency, and the agency is considering those questions.

4. Defendant therefore requests an enlargement of three weeks within which to answer, move or otherwise respond to the Complaint, through and including December 6, 2005. This should provide sufficient time for defendant to consider the inquiry made by plaintiff. At that time, defendant will be able to provide a further update on the status of the parties' efforts, and inform the Court whether a final non-judicial resolution is possible, or whether additional time may be needed.

5. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond, and that the response date be extended until December 6, 2005.

Respectfully Submitted,

_____/s/_____
KENNETH L. WAINSTEIN [451058]
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE [171538]
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG [463247]
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W,
Washington, D.C. 20530
(202) 514-7157

Dated: Nov. 16, 2005