UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAS FORWARDING (USA), INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1037 (EGS) |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant Department of Homeland Security seeks a two week extension of time within which to answer, move, or otherwise respond to the Complaint in this matter, through December 20, 2005. Good cause exists to grant this motion:

1. This is a Freedom of Information Act ("FOIA") matter for which defendant's answer, motion, or other response under the current scheduling order is due December 6, 2005.

2. As this Court is aware through defendant's prior motions, the parties in this case have been actively pursuing this matter without judicial involvement, and have described the progress of those efforts in prior motions filed with the Court. As explained in the last motion filed with the court, following a release of records to plaintiff, plaintiff made further inquiries about possible additional records  After diligent effort, defendant has been unable to locate the documents sought. Defendant's counsel has communicated this to plaintiff's counsel, and plaintiff's counsel is presently reviewing the matter with their client. This process is expect to take a few additional days, at which time the parties will confer about any further proceedings in this matter.

4. Defendant therefore requests an enlargement of two weeks within which to answer, move

or otherwise respond to the Complaint, through and including December 20, 2005. At that time, defendant will be able to provide a further update on the status of the parties' efforts, and inform the Court whether a final non-judicial resolution has been reached, or whether additional time may be needed.

    5. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond, and that the response date be extended until December 20, 2005.

Respectfully Submitted,

_____/s/_____
KENNETH L. WAINSTEIN [451058]
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE [171538]
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG [463247]
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W,
Washington, D.C. 20530
(202) 514-7157

Dated: December 6, 2005