UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAS FORWARDING (USA), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1037 (EGS) |
| | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant Department of Homeland Security seeks an extension of time within which to answer, move, or otherwise respond to the Complaint in this matter, through January 12, 2006. Good cause exists to grant this motion:

1. This is a Freedom of Information Act ("FOIA") matter for which defendant's answer, motion, or other response under the current scheduling order is due December 20, 2005.

2. As this Court is aware through defendant's prior motions, the parties in this case have been actively pursuing this matter without judicial involvement, and have described the progress of those efforts in prior motions filed with the Court. As explained in the last motion, plaintiff and plaintiff's counsel are presently reviewing how they plan to proceed in this matter, given defendant's representation that it has been unable to locate the exact documents sought by plaintiff despite diligent efforts to do so. Plaintiff's counsel has represented to defendant's counsel that with the approaching holiday period, a decision by plaintiff may not be made until after the first of the year. Plaintiff's counsel has thus advised defendant's counsel that a three week enlargement of time would be appropriate under the circumstances.

3. Defendant therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including January 12, 2006. At that time, defendant will be able to provide a further update on the status of the parties' efforts, and inform the Court whether a final non-judicial resolution has been reached, whether additional time may be needed to reach a final resolution, or whether the Court's involvement will be necessary.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond, and that the response date be extended until January 12, 2006.

Respectfully Submitted,

_____/s/_____
KENNETH L. WAINSTEIN [451058]
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE [171538]
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG [463247]
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W,
Washington, D.C. 20530
(202) 514-7157

Dated: December 19, 2005