UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAS FORWARDING (USA), INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civil Action No. 05-1037 (EGS) |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
|   SECURITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant Department of Homeland Security seeks an extension of time within which to answer, move, or otherwise respond to the Complaint in this matter, through February 16, 2006. Good cause exists to grant this motion:

1. This is a Freedom of Information Act ("FOIA") matter for which defendant's answer, motion, or other response under the current scheduling order is due February 2, 2006.

2. As this Court is aware through defendant's prior motions, the parties in this case have been actively pursuing this matter without judicial involvement, and have described the progress of those efforts in prior motions filed with the Court. It does now appear that the parties will shortly be able to file a Stipulation of Dismissal.

3. In the prior motion, defendant explained that plaintiff has made one final request of defendant as part of an agreement to dismiss the case. Defendant provided that information on January 31, 2006; plaintiff needs a brief amount of additional time to review this communication.

4. Defendant therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including February 16, 2006. At that time, the

matters referenced in the prior paragraph should be complete, and it is hoped that a Stipulation of Dismissal will be filed on or before that date.

    5. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond, and that the response date be extended until February 16, 2006.

    Respectfully Submitted,

    _____/s/_____
KENNETH L. WAINSTEIN [451058]
United States Attorney

    _____/s/_____
R. CRAIG LAWRENCE [171538]
Assistant United States Attorney

    _____/s/_____
PETER D. BLUMBERG [463247]
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W,
Washington, D.C. 20530
(202) 514-7157

Dated: February 2, 2006