UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAS FORWARDING (USA), INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>  SECURITY, )<br>)<br>Defendant. ) | Civil Action No. 05-1037 (EGS) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant Department of Homeland Security seeks an extension of time within which to answer, move, or otherwise respond to the Complaint in this matter, through March 3, 2006. Good cause exists to grant this motion:

1. This is a Freedom of Information Act ("FOIA") matter for which defendant's answer, motion, or other response under the current scheduling order is due February 16, 2006.

2. As this Court is aware through defendant's prior motions, the parties in this case have been actively pursuing this matter without judicial involvement, and have described the progress of those efforts in prior motions filed with the Court. At the outset of this motion, the parties wish to assure the Court that being provided the opportunity to work out the issues in this case cooperatively has proven to be extremely beneficial.

3. In the prior motion, defendant explained that plaintiff was reviewing a recent communication from defendant. After that review, plaintiff had one additional inquiry to make of defendant concerning the communication; defendant has, this day responded to plaintiff's request orally, and per plaintiff's request, will reduce the oral response to writing.

4. Defendant therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including March 3, 2006. At that time, the matters referenced in the prior paragraph should be complete, and it is hoped that a Stipulation of Dismissal will be filed on or before that date.

5. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond, and that the response date be extended until March 3, 2006.

Respectfully Submitted,

_____/s/_____
KENNETH L. WAINSTEIN [451058]
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE [171538]
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG [463247]
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W,
Washington, D.C.  20530
(202) 514-7157

Dated: February 16, 2006