UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAS FORWARDING (USA), INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1037 (EGS) |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN OUT-OF-TIME ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant Department of Homeland Security seeks an extension of time within which to answer, move, or otherwise respond to the Complaint in this matter, through March 24, 2006. Good cause exists to grant this motion:

1. This is a Freedom of Information Act ("FOIA") matter for which defendant's answer, motion, or other response was due March 3, 2006. By oversight, defendant's counsel had miscalendared the revised deadline. Defendant's counsel apologizes to the Court and plaintiff's counsel for this error.

2. As this Court is aware through defendant's prior motions, the parties in this case have been actively pursuing this matter without judicial involvement, and have described the progress of those efforts in prior motions filed with the Court.

3. In the prior motion, defendant explained that plaintiff had requested a written response to an additional question, which has now been provided. Plaintiff and plaintiff's counsel are continuing to review the response; and plaintiff's counsel has indicated to defendant that they would like an additional amount of time to review this response and determine whether this matter can be

brought to a close.

4.  Defendant therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including March 24, 2006. At that time, the matters referenced in the prior paragraph should be complete, and it is hoped that a Stipulation of Dismissal will be filed on or before that date.

5. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

6.  Plaintiff's counsel has graciously given his consent to the relief requested.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond, and that the response date be extended until March 24, 2006.

Respectfully Submitted,

_____/s/_____
KENNETH L. WAINSTEIN [451058]
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE [171538]
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG [463247]
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W,
Washington, D.C.  20530
(202) 514-7157

Dated: March 10, 2006