UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAS FORWARDING (USA), INC.<br>575 Sullivan Road, Suite A<br>Atlanta, Georgia 30349,<br><br>        Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF<br>HOMELAND SECURITY,<br>BUREAU OF CUSTOMS AND<br>BORDER PROTECTION,<br>1300 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20229,<br><br>        Defendant. | Case No.: 05 CV 1037 (EGS)<br><br><br><br><br><br><br><br>STIPULATION FOR DISMISSAL |

## STIPULATION FOR DISMISSAL

JAS Forwarding (USA), Inc. ("Plaintiff"), by its undersigned counsel, pursuant to Rule 41(a) of the Rules of Civil Procedure, hereby voluntarily dismisses the above action. Accordingly, each party will bear its own costs of litigation.

Respectfully submitted,

By: _____

Carlos Rodriguez, Esq. (DC Bar No.: 412914)
Thomas J. O'Donnell, Esq. (DC Bar No.: 935692)
**Rodriguez O'Donnell Ross Fuerst
Gonzalez Williams & England, P.C.**
1211 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
Tel) 212-293-3300
Fax) 202-293-3307

Attorneys for Plaintiff JAS FORWARDING (USA), INC.